IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 MAR 30  AM 11: 43
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

JOSE ANGEL CANAS

No. **2 - 16 C R - 0 2 2 - D**

### INDICTMENT

The Grand Jury Charges:

### Count One

Possession with Intent to Distribute 500 Grams
or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about February 19, 2015, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Jose Angel Canas**, defendant, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Jose Angel Canas**
**Indictment – Page 1**

<u>Count Two</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A))

On or about February 19, 2015, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Jose Angel Canas**, defendant, did knowingly possess a firearm, to wit:   a Lorcin .380 caliber semi-automatic pistol, serial number 065211, in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute 500 Grams or More of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), as charged in count one of this indictment, an offense for which the defendant may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found in Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas   79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:       joshua.frausto@usdoj.gov

**Jose Angel Canas**
**Indictment – Page 2**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

---

### THE UNITED STATES OF AMERICA

v.

### JOSE ANGEL CANAS

---

### INDICTMENT

COUNT 1:    POSSESSION WITH INTENT TO DISTRIBUTE 500
GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(A)(viii).

COUNT 2:    POSSESSION OF A FIREARM IN FURTHERANCE OF A
DRUG TRAFFICKING CRIME
Title 18, United States Code, Sections 924(c)(1)(A) and
924(c)(1)(A)(i).

### (2 COUNTS)

---

A true bill rendered:
Amarillo                                              _Amalia W(_    Foreperson

Filed in open court this ___30th___ day of ___March___, A.D. 2016.

_____    Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE